1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

CATALIN PAMFILE,

CASE NO. C18-0985-JCC

10

            Plaintiff,

ORDER

11

   v.

12

TEXAS ATTORNEY GENERAL,

13

            Defendant.

14

15      This matter comes before the Court on Plaintiff's motion to seal (Dkt. No. 2) exhibits

16 attached to his application to proceed *in forma pauperis* and his complaint (Dkt. Nos. 1-3–1-7; 7-

17 2–7-6). The Court hereby GRANTS the motion for the reasons explained herein.

18      The Court starts from the position that "[t]here is a strong presumption of public access to

19 [its] files." W.D. Wash. Local Civ. R. 5(g). This presumption applies particularly to "dispositive

20 pleadings," which include exhibits attached to a complaint. *Kamakana v. City and Cty. of*

21 *Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). To overcome this presumption, there must be a

22 "compelling reason" for sealing that is "sufficient to outweigh the public's interest in

23 disclosure." *Id*. Plaintiff seeks to maintain under seal voluminous medical records that he alleges

24 support his claim for relief. (Dkt. No. 2.) The Court has since dismissed Plaintiff's complaint.

25 (Dkt No. 8.) Nonetheless, Plaintiff's medical records contain highly personal information, the

26 disclosure of which would be harmful. In contrast, the public has no compelling interest in the

1 medical records, particularly since Plaintiff's complaint has been dismissed. Therefore, Plaintiff

2 has demonstrated a compelling reason to seal the records that outweighs the public's interest in

3 their disclosure.

4       For the foregoing reasons, Plaintiff's motion (Dkt. No. 2) is GRANTED. The Clerk is

5 DIRECTED to maintain Dkt. Nos. 1-3, 1-4, 1-5, 1-6, 1-7, 7-2, 7-3, 7-4, 7-5, and 7-6 under seal.

6       DATED this 25th day of July 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0985-JCC
PAGE - 2